# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIG, SCOTT L | § | Case No. 15-00446 KRM |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/19/2015. The undersigned trustee was appointed on 01/20/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   2,391.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 2,391.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  06/01/2015  and the deadline for filing governmental claims was  07/17/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 597.75 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 597.75 , for a total compensation of $ 597.75 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 75.87 , for total expenses of $ 75.87 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/21/2015           By:/s/ANGELA WELCH , TRUSTEE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page: 1

Exhibit A

| Case No: | 15-00446 | KRM | Judge: K. RODNEY MAY |
|---|---|---|---|
| Case Name: | WILLIG, SCOTT L | | |

Trustee Name:  ANGELA WELCH , TRUSTEE
Date Filed (f) or Converted (c):  01/19/15 (f)
341(a) Meeting Date:  02/24/15
Claims Bar Date:  06/01/15

For Period Ending: 07/21/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8411 N Rome Ave, Tampa, FL 33604 | 67,760.00 | 0.00 | | 0.00 | FA |
| 2. Regions bank checking and savings | 100.00 | 0.00 | | 0.00 | FA |
| 3. sofa, loveseat, end table, coffee table, 2 recline | 350.00 | 0.00 | | 0.00 | FA |
| 4. Misc books & pictures | 10.00 | 0.00 | | 0.00 | FA |
| 5. wearing apparel | 25.00 | 0.00 | | 0.00 | FA |
| 6. misc jewelry | 10.00 | 0.00 | | 0.00 | FA |
| 7. misc fishing and camping equipment | 50.00 | 0.00 | | 0.00 | FA |
| 8. 2003 Nissan Frontier (109,000 miles) Vin# 1N6ED27T | 3,000.00 | 1,620.00 | | 1,620.00 | FA |
| 9. 1972 14' camper trailer Vin# 722966 | 200.00 | 200.00 | | 200.00 | FA |
| 10. 2010 Triumph Bonneville MC ( Vin# SMT910K16AT43003   surrendered | 5,520.00 | 1,508.00 | | 0.00 | FA |
| 11. computer | 50.00 | 0.00 | | 0.00 | FA |
| 12. 2 family dogs, cat & misc fish | 5.00 | 0.00 | | 0.00 | FA |
| 13. misc yard, hand & power tools | 25.00 | 0.00 | | 0.00 | FA |
| 14. CONTINGENT CLAIMS   2014tax (u)   2014 tax 100% | 0.00 | 571.00 | | 571.00 | FA |

TOTALS (Excluding Unknown Values)    $77,105.00    $3,899.00        $2,391.00

Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-341 & concluded.  Issues vehs appear over, researching and 2014 tax 100%, sent ltr.
March 03, 2015, 04:26 pm -letter to debtor and attorney for 2014 tax refund 100% and overage as of
now of $3333.00 in FULL 45 days.
-3/12/15 rec'd copy of letter from IRS to D. saying hadn't yet rec'd 2014 return (?not due yet)
March 25, 2015, 11:23 am -email from debtor saying his water is off and he cant afford to pay.  He
sent 2014 taxes and he owes estate $571 in full.  Advised him also that if he surrendered the
Bonneville to send us something to show it was taken back and I can lessen what he owes to 1820 plus
taxes.
May 04, 2015, 07:41 am -debtor sent email saying he cant afford to pay...wants to know how long he
has 30 days for full payment of 1820 and sent a letter from IRS saying the refund has been delayed.
-5/15 rec'd tax ref, just over yet.
-6/15 ALL $ IN
-6/15 rev poc, need obj
June 15, 2015, 02:02 pm fILED RNS
June 16, 2015, 02:23 pm Filed objections
June 29, 2015, 01:03 pm Angie from Capiital recovery l/m about their claim.  Returned call today
left her a message on her vm 866-870-1717x215.  The claim was objected to because the last payment
date shows 5/21/15.  That can't possibly be correct? Filed for bankruptcy in Jan 2015.
July 01, 2015, 04:26 pm TT Capital Revovery they are amended, incorrect date.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | |
|---|---|
| Case No: 15-00446  KRM  Judge: K. RODNEY MAY | Trustee Name: ANGELA WELCH, TRUSTEE |
| Case Name: WILLIG, SCOTT L | Date Filed (f) or Converted (c): 01/19/15 (f) |
| | 341(a) Meeting Date: 02/24/15 |
| | Claims Bar Date: 06/01/15 |

July 20, 2015, 03:46 pm Creditor amended claim, now okay - w/d objection
July 20, 2015, 04:00 pm filed notice of sale, prepare for close
July 21, 2015, 12:04 pm TFR

Initial Projected Date of Final Report (TFR): 12/31/16      Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-00446 -KRM | | Trustee Name: | ANGELA WELCH , TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | WILLIG, SCOTT L | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******7315 Checking Account |
| Taxpayer ID No: | *******4767 | | | |
| For Period Ending: | 07/21/15 | | Blanket Bond (per case limit): | $ 48,409,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/13/15 | 14 | Willig | tax ref | 1224-000 | 571.00 | | 571.00 |
| 06/12/15 | 8 | Willig | pymt veh Nissan | 1129-000 | 1,000.00 | | 1,571.00 |
| 06/12/15 | 8, 9 | Willig | pymt veh Nissan and camper | 1129-000 | 820.00 | | 2,391.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 2,391.00 | 0.00 | 2,391.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,391.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,391.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********7315 | 2,391.00 | 0.00 | 2,391.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,391.00 | 0.00 | 2,391.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    2,391.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 21, 2015 |
|---|---|---|---|---|---|---|

Case Number:  15-00446  
Debtor Name:  WILLIG, SCOTT L

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002<br>050<br>50 | Internal Revenue Service<br>Special Procedures<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Priority | | $444.00 | $0.00 | $444.00 |
| 000001<br>070<br>70 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $12,160.21 | $0.00 | $12,160.21 |
| 000003<br>070<br>70 | Bayshore Animal Clinic<br>2812 W Gandy Blvd<br>Tampa, FL 33611 | Unsecured | | $113.20 | $0.00 | $113.20 |
| 000004-2<br>070<br>70 | FreedomRoad Financial c/o Capital<br>Recovery-920016<br>PO Box 29426<br>Phoenix, AZ 85038-9426 | Unsecured | | $537.33 | $0.00 | $537.33 |
| 000005<br>070<br>70 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $1,312.95 | $0.00 | $1,312.95 |
| | Case Totals: | | | $14,567.69 | $0.00 | $14,567.69 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-00446 KRM
Case Name: WILLIG, SCOTT L
Trustee Name: ANGELA WELCH , TRUSTEE

|  |  |  |
|---|---|---|
| Balance on hand | $ | 2,391.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANGELA WELCH , TRUSTEE | $ 597.75 | $ 0.00 | $ 597.75 |
| Trustee Expenses: ANGELA WELCH , TRUSTEE | $ 75.87 | $ 0.00 | $ 75.87 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 673.62 |
| Remaining Balance | $ 1,717.38 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 444.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Internal Revenue Service Special Procedures P.O. Box 21126 Philadelphia, PA 19114 | $ 444.00 | $ 0.00 | $ 444.00 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 444.00 |
| Remaining Balance | $ 1,273.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,123.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | $ 12,160.21 | $ 0.00 | $ 1,096.35 |
| 000003 | Bayshore Animal Clinic 2812 W Gandy Blvd Tampa, FL 33611 | $ 113.20 | $ 0.00 | $ 10.21 |
| 000004-2 | FreedomRoad Financial c/o Capital Recovery-920016 PO Box 29426 Phoenix, AZ 85038-9426 | $ 537.33 | $ 0.00 | $ 48.45 |
| 000005 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | $ 1,312.95 | $ 0.00 | $ 118.37 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,273.38 |

    Remaining Balance                                                  $_____0.00_

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE